# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 03, 2013



Mr. David J. Bradley
Southern District of Texas, McAllen
United States District Court
1701 W. Business Highway 83
Suite 1011
McAllen, TX 78501-0000

    No. 11-41165    USA v. Daniel Mendoza
                     USDC No. 7:11-CR-320-1

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 4 ) Envelopes

The electronic copy of the record has been recycled.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: /s/ James deMontluzin
                                James deMontluzin, Deputy Clerk
                                504-310-7679

cc: (letter only)
    Honorable Randy Crane
    Ms. Renata Ann Gowie
    Ms. Carmen Roe
    Mr. James Lee Turner

P.S. to Judge Crane: A copy of the opinion was sent to your office via email the day it was filed.